United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY SIMENTAL, <br>     Plaintiff, <br> v. <br> NANCY ADAMS, et al., <br>     Defendants. | Case No. 17-cv-00801-SI <br><br> **ORDER EXTENDING DEADLINES** <br> Re: Dkt. No. 19 |

Defendants have filed a request for an extension of the deadline to file their motion for summary judgment. Upon due consideration of the request and the accompanying declaration of attorney Jillian O'Brien, the court GRANTS the request. Docket No. 19. The court now sets the following new briefing schedule: Defendants must file and serve their motion for summary judgment no later than **December 8, 2017**. Plaintiff must file and serve on defense counsel his opposition to the motion no later than **January 5, 2018**. Defendants must file and serve their reply brief (if any) no later than **January 19, 2018.**

**IT IS SO ORDERED**.

Dated: October 10, 2017

_____
SUSAN ILLSTON
United States District Judge