1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RUDY SIMENTAL,

        Plaintiff,

    v.

NANCY ADAMS, et al.,

        Defendants.

Case No. 17-cv-00801-SI

**ORDER SETTING SETTLEMENT CONFERENCE**

Plaintiff is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Interest has been expressed in conducting a settlement conference utilizing the University of the Pacific, McGeorge School of Law Prison Civil Rights Mediation Clinic, which participates in some settlement conferences in the Sacramento Division of the U.S. District Court for the Eastern District of California. The court has determined that this case will benefit from a settlement conference. Therefore, this case will be referred to Magistrate Judge Craig M. Kellison to conduct a settlement conference at the U. S. District Court, 501 I Street, Sacramento, California 95814 in Courtroom #4 at 1:00 p.m. on November 9, 2017.

A separate order and writ of habeas corpus ad testificandum will issue concurrently with this order.

In accordance with the above, IT IS HEREBY ORDERED that:

1. This case is set for a settlement conference before Magistrate Judge Craig M. Kellison on November 9, 2017 at 1:00 p.m. at the U. S. District Court, 501 I Street, Sacramento, California 95814 in Courtroom #4.

2. A representative with full and unlimited authority to negotiate and enter into a binding settlement on the defendants' behalf must attend in person.

3. Those in attendance must be prepared to discuss the claims, defenses and damages. The failure of any counsel, party or authorized person subject to this order to appear in person may result in the imposition of sanctions and may result in the settlement conference being rescheduled to another date.

4. Magistrate Judge Kellison or another representative from the court will be contacting the parties either by telephone or in person, approximately two weeks prior to the settlement conference, to ascertain each party's expectations of the settlement conference.

**IT IS SO ORDERED**.

Dated: October 18, 2017

_____
SUSAN ILLSTON
United States District Judge

2