UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RUDY SIMENTAL,

    Plaintiff,

v.

NANCY ADAMS, et al.,

    Defendants.

Case No. 17-cv-00801-SI

**ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Rudy Simental, CDCR # J-05974, is a necessary and material party for a settlement conference scheduled for this case on November 9, 2017, and is confined in California State Prison, Sacramento (SAC), in the custody of the Warden. In order to secure this inmate's attendance at the settlement conference, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Craig M. Kellison at the U. S. District Court, Courtroom #4, 501 I Street, Sacramento, California 95814, at 1:00 p.m. on November 9, 2017.

ACCORDINGLY, IT IS ORDERED:

1. That a Writ of Habeas Corpus Ad Testificandum issue, under the seal of this court, commanding the Warden of the California State Prison - Sacramento to produce inmate RUDY SIMENTAL, CDCR # J-05974, to participate in a settlement conference at the time and place named above, until completion of the settlement conference or as ordered by the court.

2. That the Warden shall notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

# **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

TO THE WARDEN OF CALIFORNIA STATE PRISON - SACRAMENTO, P.O. Box 290002, Represa, California 95671:

YOU ARE COMMANDED to produce inmate RUDY SIMENTAL, CDCR # J-05974, for a settlement conference before Magistrate Judge Craig M. Kellison at the U. S. District Court, Courtroom #4, 501 I Street, Sacramento, California 95814, at **1:00 p.m. on November 9, 2017,** and until completion of the settlement conference or as ordered by the court.

FURTHER, you have been ordered to notify the court of any change in custody of this inmate and to provide any new custodian with a copy of this writ.

**IT IS SO ORDERED**.

Dated: October 18, 2017

_Susan Illston_

SUSAN ILLSTON
United States District Judge